UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUSTIN DANIEL NISSEN,        )
                                    )
        Plaintiff       )
                                    )    No. 3:13-0842
v.                            )    Judge Trauger/Brown
                                    )    **Jury Demand**
COUNTY OF SUMNER, TENNESSEE;  )
SONYA TROUTT; SONNY WEATHERFORD; )
LT. DAVID FITCH; OFFICER DERICK   )
CASE; OFFICER RONALD HOPKINS,    )
                                      )
        Defendants      )

<u>**O R D E R**</u>

The Defendants have filed a motion to compel (Docket Entry 61). In this motion they request a hearing.

The Magistrate Judge is disappointed that the issue of the medical releases and the obtaining of the medical proof is still not completed. This matter is set for a hearing in court on **Thursday, July 2, 2014, at 11:00 a.m.** The hearing will be canceled if counsel for the Defendants advises that they have received the releases they have requested in their motion to compel (Docket Entry 61).

The Plaintiff is warned that he is perilously close to having the Magistrate Judge recommend that his case be dismissed. Failing to appear at hearings, meetings, and being late for telephone conferences with the Court and opposing counsel is simply not acceptable and, if it continues, the Magistrate Judge will quite likely recommend that the case be dismissed for failure to prosecute and to obey court orders.

It is so **ORDERED.**

                          /s/  Joe B. Brown
                          JOE B. BROWN
                          United States Magistrate Judge