# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN DANIEL NISSEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:13-0842 |
| | ) | Judge Trauger |
| COUNTY OF SUMNER, TENNESSEE, SONYA TROUT, SONNY WEATHERFORD, LT. DAVID FITCH, OFFICER DERICK CASE, and OFFICER RONALD HOPKINS, | ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## **O R D E R**

On July 22, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 93), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Trout and Weatherford (Docket No. 12) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**. This case shall be returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 19th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge