UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN DANIEL NISSEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0842 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| COUNTY OF SUMNER, TENNESSEE; ) | |
| SONYA TROUTT; SONNY WEATHERFORD; ) | |
| LT. DAVID FITCH; OFFICER DERICK ) | |
| CASE; OFFICER RONALD HOPKINS, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

On January 8, 2015, the Defendant filed three motions. Docket Entry 165 is a motion to compel prompt delivery of his mail; Docket Entry 166 is a motion to compel a particular prescription for antibiotics; and Docket Entry 167 is a motion to compel ice for his back pain. The Defendants have responded to each of these motions (Docket Entries 168, 169, and 170, respectively).

The motion to compel (Docket Entry 165) as such is **DENIED**. The Defendants have explained why this particular court order took several days to be delivered due to the Christmas holidays. It does not appear that the Plaintiff's mail was particularly singled out for delay, nor does it appear that the reason for the delay will occur again. It further appears that the Plaintiff did receive the court's order through his mother, so it does not appear that he has been prejudiced by the delay.

The Plaintiff did file a response (Docket Entry 152) to the Defendants' pending motion for summary judgment (142). In the

motion to compel the Plaintiff does not seek permission to file anything after December 29, 2014.

The remaining two motions to compel particular medical treatment are **DENIED** for the reasons cited by the Defendants. These are new allegations unrelated to the Plaintiff's present charges, and if Plaintiff wishes to file a new lawsuit involving these matters, he needs to exhaust his grievances and file a new suit.

In the Magistrate Judge's order of December 19, 2014 (Docket Entry 157) he addresses the Plaintiff's motion to compel the TBI investigation (Docket Entry 149), and pointed out in the last paragraph that it was too late to add new allegations, and if the Plaintiff believed he had a civil rights violation he would need to file any appropriate grievance and a new case.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge